## CLAIM FORM

Name:_____

Mailing Address:_____

City & State:_____

Phone Number:_____

Email Address:_____

1)      Have you bid on a promotion at Nucor Steel Berkeley between December 2, 1999 and April 27, 2011 that you believe you were denied because of your race?

        Check one: YES ____ NO ____

    If yes, list the jobs that you bid on that a person of another race was selected for the position and you believe you were denied the position because of your race:_____

_____

_____

_____

_____

    Identify the person who was selected for each such promotion and the approximate date:

_____

_____

_____

_____

    State why you believe you were denied each such promotion because of your race, including whether you have any alleged direct or circumstantial evidence of racial basis relating to each such promotion:

_____

_____

_____

State what you believe made you qualified or best qualified for each such promotion:

_____

_____

_____

_____

Identify the Supervisors or Department Managers involved in each such promotion:

_____

USE EXTRA PAGES IF NEEDED TO PROVIDE A FULL EXPLANATION OF YOUR CLAIM
THEN ANSWER QUESTIONS TWO AND THREE

2)    Do you believe you have been subjected to racial hostility by a supervisor at Nucor Steel Berkeley between December 2, 1999 and April 27, 2011:

Check One: YES _____ NO _____

If yes, identify the Supervisor involved _____

Describe what allegedly occurred, how many times it occurred, the length of the occurrence and the approximate dates:

_____

_____

_____

_____

Were you offended by the alleged racial hostility? YES ____ NO _____

Did you report the alleged racial hostility? YES ____ NO _____

If yes, who did you report it to and what was done in response? _____

_____

_____

_____

What effect did the alleged racial hostility have on you? _____

_____

BE SURE TO INCLUDE ALL TYPES OF ALLEGED RACIAL HOSTILITY, INCLUDING BUT NOT LIMITED TO, RACIAL SLURS. STEREOTYPES, GRAFFITI, SYMBOLS, ETC.

USE EXTRA PAGES IF NEEDED TO PROVIDE A FULL EXPLANATION OF YOUR CLAIM THEN ANSWER QUESTION THREE

3)    Do you believe you have been subjected to racial hostility by a co-worker at Nucor Steel Berkeley between December 2, 1999 and April 27, 2011:

Check one: YES_____ NO_____

If yes, identify the co-worker involved: _____

Describe what allegedly occurred, how many times it occurred, the length of the occurrence and the approximate dates:

_____

_____

_____

_____

Were you offended by the alleged racial hostility? YES ____ NO _____

Did you report the alleged racial hostility? YES ____ NO _____

If yes, who did you report it to and what was done in response? _____

_____

_____

What effect did the alleged racial hostility have on you? _____

_____

BE SURE TO INCLUDE ALL TYPES OF ALLEGED RACIAL HOSTILITY, INCLUDING BUT NOT LIMITED TO, RACIAL SLURS. STEREOTYPES, GRAFFITI, SYMBOLS, ETC.

USE EXTRA PAGES IF NEEDED FOR ANSWERING ANY QUESTION